# United States District Court
# Central District of California

| | |
|---|---|
| WILLIAM CHRISTOPHER BURGESS and JAMES ROBERT BURGESS, | Case No. 2:13-cv-05372-ODW(Ex) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE** |
| v. | **SETTLEMENT** |
| PROTECTIVE LIFE INSURANCE COMPANY | |
| Defendants, | |

In light of the Notice of Settlement (ECF No. 70), the Court hereby **ORDERS** the parties **TO SHOW CAUSE** in writing **no later than Monday, October 6, 2014** why settlement has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a stipulation to dismiss.  All other dates in this action are **VACATED** and taken off calendar.

    **IT IS SO ORDERED.**

September 12, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**