UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM CHRISTOPHER BURGESS, et al. | CASE NO. CV13-5372 ODW (Ex) |
| Plaintiff, | HON. OTIS D. WRIGHT II |
| vs. | **ORDER RE: PARTIES' JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: SETTLEMENT AND REQUEST FOR BRIEF EXTENSION IN TIME TO COMPLETE SETTLEMENT DOCUMENTATION** |
| PROTECTIVE LIFE INSURANCE COMPANY, et al., |  |
| Defendants. |  |

Having considered the Parties' Joint Response to the Court's Order to Show Cause Re: Settlement and Request for Brief Extension in Time to Complete Settlement Documentation, IT IS HEREBY ORDERED THAT THE JOINT REQUEST IS **GRANTED** IN ITS ENTIRETY.

The October 6, 2014 deadline in the "Order to Show Cause Re: Settlement" [ECF Doc. No. 71] shall be continued to October 31, 2014.

So **ORDERED** this the 7th day of October, 2014.

_____

HON. OTIS D. WRIGHT II

03041001.1                                          1